No. 15,527.

Industrial Commission et al. *v.* Hayden Coal Company et al.
(155 P. [2d] 158)

*Note.*

In the published opinion in this case which appears in volume 113 of the Colorado Supreme Court reports beginning at page 62, the last line on page 66 should read as follows:

Mr. Justice Hilliard and Mr. Justice Jackson dissent.